UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SHELLEY L. STANGLER, P.C.
155 MORRIS AVENUE, 2ND FLOOR
SPRINGFIELD, NJ 07081
PHONE (973) 379-2500 FAX (973) 379-0031
Attorney for Plaintiff
Attorney ID#: 023191987

| | |
|---|---|
| NICHOLAS F. GARREFFI,<br><br>    Plaintiff,<br>  -vs-<br><br>MARCUS O. HICKS, ESQ., COMMISSIONER OF THE NEW JERSEY STATE DEPARTMENT OF CORRECTIONS, in his official and individual capacities, FORMER NORTHERN STATE PRISON WARDEN STEVEN JOHNSON, in his official and individual capacities, "JOHN DOE" ADMINISTRATOR of the NORTHERN STATE PRISON, in his official and individual capacities, CORRECTIONS OFFICER ALLEN, in his official and individual capacities, SGT. HAMLETT, in his official and individual capacities and CORRECTIONS OFFICERS JOHN DOES 1-10, in their official and individual capacities, (as yet unidentified persons or corrections officers acting in their official and individual capacities involved in the oversight, management, monitoring, supervision and care over GARREFFI and/or who had personal involvement in the incident alleged in the complaint),<br><br>    Defendants. | CIVIL ACTION<br><br>CASE NO: 2:20-CV-16396-MCA-MAH<br><br>CONSENT ORDER |

    This matter having been opened to the Court by way of Consent Order, and plaintiff Nicholas Garreffi appearing by counsel Shelley L. Stangler, P.C. (Shelley L. Stangler, Esq., appearing), and the defendant Marcus O' Hicks appearing by counsel, the Attorney General of the State of New Jersey (Chanell M. Branch, DAG, appearing), and the Court having reviewed the accompanying letter and considering the matter, good cause having been shown,

    IT IS ON THIS ____26th__ DAY OF _____March_____, 2021,

1

**ORDERED**, as follows:

1. The Rule 4M period for service be and is hereby extended from February 15, 2021 to June 15, 2021 during which time the following shall occur:

2. By March 30, 2021 Defendant Marcus O'Hicks is to serve plaintiff counsel with discovery on the subject incident to include correction reports, investigation and supplementary reports and any Internal Affairs investigation for the purposes of identifying defendants; the parties to enter into an appropriate confidentiality Order;

3  Plaintiff is to file an Amended Complaint naming new defendants by April 30, 2021;

5. Plaintiff shall serve all defendants by June 15, 2021;

6. The present Motion to Dismiss filed by Defendant Marcus O'Hicks to be administratively terminated with the right to refile upon service within the period of time for a responsive pleading, and it is further

**ORDERED**, that a copy of this Order shall be served upon all parties in addition to the electronic filing service within 7 days of the date hereof.

**I HEREBY CONSENT TO THE FORM AND ENTRY OF THIS ORDER:**

**LAW OFFICES OF SHELLEY L. STANGLER, PC**
**155 MORRIS AVENUE, 2ND FLOOR**
**SPRINGFIELD, NJ 07081**
**PHONE (973) 379-2500 FAX (973) 379-0031**
**Attorney for Plaintiff**

_____
**SHELLEY L. STANGLER, ESQ.**
**Attorney for Plaintiff Nicholas F. Garreffi**

ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
PO Box 112
Trenton, New Jersey 08625


/s/ *Chanell Branch*
ATTN: CHANELL M. BRANCH, DAG

Attorney for Defendants Marcus O. Hicks and
New Jersey Department of Corrections

~~SO ORDERED:~~

SO ORDERED

~~U.S.D.C.~~

s/ *Michael A Hammer*

Hon. Michael A. Hammer
United States Magistrate Judge

Dated:  March 26, 2021

3