# The Law Offices Of
# SHELLEY L. STANGLER, P.C.

A PROFESSIONAL CORPORATION

SHELLEY L. STANGLER
MEMBER N.J. & N.Y. BAR

HERSHEL KULEFSKY, ESQ.
OF COUNSEL
MEMBER NY BAR

155 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973.379.2500
FAX: 973.379.0031
E-MAIL: SHELLEY@STANGLERLAW.COM
WWW.STANGLERLAW.COM

NEW YORK OFFICE
800 6TH AVENUE
STE. 34A
NEW YORK, NY 10001
TEL: 646.205.0659

April 26, 2021

**BY ELECTRONIC FILING**

Hon. Madeline Cox Arleo
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: Garreffi v. Hicks, *et al.*
Case No: 2:20-cv-16396-MCA-MAH

Dear Judge Arleo:

Pursuant to the Order of March 4, 2021 [DE 11] referring to the addition of new parties and time periods within which to serve them, plaintiff was required to file an Amended Complaint by this Friday, April 30, 2021. Due to a death in the immediate family, counsel is unable to prepare and file an Amended Complaint this week. It is requested that the Court permit an additional two (2) weeks to file the Amended Complaint through May 15, with service and the rule 4M period within which to serve run concurrently to June 15, 2021. I have conferred with the defense and there is no objection.

Thank you.

Respectfully submitted,

SHELLEY L. STANGLER, ESQ.

SLS/mf

cc: Chanell Marie Branch, DAG, via email: Chanell.Branch@law.njoag.gov