## The Law Offices Of
## SHELLEY L. STANGLER, P.C.

SHELLEY L. STANGLER
MEMBER N.J. & N.Y. BAR

HERSHEL KULEFSKY, ESQ.
OF COUNSEL
MEMBER NY BAR

A PROFESSIONAL CORPORATION
155 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973.379.2500
FAX: 973.379.0031
E-MAIL: SHELLEY@STANGLERLAW.COM
WWW.STANGLERLAW.COM

NEW YORK OFFICE
800 6TH AVENUE
STE. 34A
NEW YORK, NY 10001
TEL: 646.205.0659

June 17, 2021

**BY ELECTRONIC FILING**
Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

       **Re: Garreffi v. Hicks, *et al.***
       **Case No: 2:20-cv-16396-MCA-MAH**

Dear Judge Hammer:

  Pursuant to your directive of June 15, 2021 [DE 22], requesting a proposed order regarding service, enclosed please find Consent Order signed by the parties.

  Thank you.

          Respectfully submitted,

          *Shelley L. Stangler*
          SHELLEY L. STANGLER, ESQ.

SLS/mf

cc: Chanell Marie Branch, DAG, via email: Chanell.Branch@law.njoag.gov

1