# The Law Offices Of
# SHELLEY L. STANGLER, P.C.

SHELLEY L. STANGLER
MEMBER N.J. & N.Y. BAR

HERSHEL KULEFSKY, ESQ.
OF COUNSEL
MEMBER NY BAR

A PROFESSIONAL CORPORATION
155 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973.379.2500
FAX: 973.379.0031
E-MAIL: SHELLEY@STANGLERLAW.COM
WWW.STANGLERLAW.COM

NEW YORK OFFICE
800 6TH AVENUE
STE. 34A
NEW YORK, NY 10001
TEL: 646.205.0659

December 8, 2021

**BY ELECTRONIC FILING**
Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re: Garreffi v. Hicks, *et al.*
> Case No: 2:20-cv-16396-MCA-MAH
> **Adjournment Request**

Dear Judge Hammer:

Plaintiff's brief on the pending 12(b)(6) motion is due Monday, December 20, 2021. Due to short staffing and several deadlines, I am requesting until December 31, 2021 to file the opposition. The defense consents, and requests that their Reply be due January 10, 2022.

The Court's consideration is appreciated.

Respectfully submitted,

SHELLEY L. STANGLER, ESQ.

SLS/mf

cc: Chanell Marie Branch, DAG, via email: Chanell.Branch@law.njoag.gov

SO ORDERED

s/Michael A. Hammer
Michael A. Hammer, U.S.M.J.

Date: 12/9/2021