# The Law Offices Of
# SHELLEY L. STANGLER, P.C.

A PROFESSIONAL CORPORATION
155 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973.379.2500
FAX: 973.379.0031
E-MAIL: SHELLEY@STANGLERLAW.COM
WWW.STANGLERLAW.COM

SHELLEY L. STANGLER
MEMBER N.J. & N.Y. BAR

HERSHEL KULEFSKY, ESQ.
OF COUNSEL
MEMBER NY BAR

NEW YORK OFFICE
800 6TH AVENUE
STE. 34A
NEW YORK, NY 10001
TEL: 646.205.0659

February 8, 2022

**BY ELECTRONIC FILING**
Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

                                    **Re: Garreffi v. Hicks,** *et al.*
                                    **Case No: 2:20-cv-16396-MCA-MAH**

Dear Judge Hammer:

      Conference in this matter is scheduled for February 18, 2022. Please be advised that I am out of state on break from February 11 – February 18, 2022. With the consent of defense counsel, I request that the matter be adjourned to a date in March 2022.

      Thank you.

                                                 Respectfully submitted,

                                                 SHELLEY L. STANGLER, ESQ.

SLS/mf

cc: Chanell Marie Branch, DAG, via email: Chanell.Branch@law.njoag.gov