# STARR, GERN, DAVISON & RUBIN

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

105 EISENHOWER PARKWAY
SUITE 401
ROSELAND, NEW JERSEY 07068-1640
TEL (973) 403-9200
FAX (973) 226-0031
WWW.STARRGERN.COM

EDWIN S. RUBIN (1929-2017)
RONALD L. DAVISON
AMOS GERN*†
IRA M. STARR°
JONATHAN J. LERNER*^
NICHOLAS STEVENS°^ (1964-2018)
STEPHEN R. URBINATO☐

JOHN T. BROST*
ALONA MAGIDOVA*^
RICHARD T. WELCH*
HENRY J. CISTRELLI
L. JUSTINE JURICK*<
DAVID WENDEL
STEWART J. MILLER
ANA RITA FERREIRA*

COUNSEL TO THE FIRM
LARRY M. COLE

OF COUNSEL
BRUCE M. PITMAN*^
CHARLES F. VUOTTO, JR.^◊
DONALD S. GOLDMAN^
SHELLEY L. STANGLER*
LYNN B. NORCIA^
CATHYANNE A. PISCIOTTA•

* MEMBER NJ & NY BAR
° MEMBER NJ & DC BAR
☐ MEMBER NJ & PA BAR
< MEMBER NJ & TX BAR
† CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
◊ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A MATRIMONIAL LAW ATTORNEY
^ N.J.Ct.R. 1:40 QUALIFIED MEDIATOR
• L.L.M. IN TAXATION

Email: sstangler@starrgern.com

October 11, 2022

**BY ELECTRONIC FILING**
Magistrate Judge José R. Almonte
United States Magistrate Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room PO 9
Newark, NJ 07101

        **Re: Garreffi v. Hicks,** *et al.*
        **Case No: 2:20-cv-16396-MCA-MAH**
        **Our File No: 80481-01**

Dear Judge Almonte:

  In anticipation of the conference scheduled for November 8, 2022, status is as follows: The defense had served their Rule 26 disclosures and propounded discovery on May 19, 2022. Plaintiff has now, as of November 4, 2022, served her Rule 26 responses with document disclosure and served interrogatories and notice to produce. The parties request the following schedule as an amendment to the Scheduling order of August 11, 2022[DE66]:

1. Answers to written discovery due by February 20, 2023;
2. Disputes regarding written discovery to be raised by joint letter to the Court by January 30, 2023;
3. Depositions to be completed by April 30, 2023;
4. A conference is to be held on _____.

          Respectfully submitted,

          *Shelley L. Stangler*
          SHELLEY L. STANGLER, ESQ.

SLS/mf

cc: Chanell Marie Branch, DAG, via email: Chanell.Branch@law.njoag.gov